| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

**Southern District of New York**

Case number *(if known)*: _____    Chapter _**11**_

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   HireX, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   30-0944387

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 1411 Broadway | |
   | Number      Street | Number      Street |
   | 6th Floor | |
   | | P.O. Box |
   | New York          NY   10018 | |
   | City          State    ZIP Code | City          State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | New York County | |
   | County | Number      Street |
   | | |
   | | City          State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Debtor | HireX, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5613

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____  When _____  Case number _____
                                            MM / DD / YYYY

          District _____  When _____  Case number _____
                                            MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____  Relationship _____

          District _____  When _____
                                                     MM / DD / YYYY

          Case number, if known _____

---

Debtor      HireX, Inc.
_____      Case number (if known)_____
            Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number          Street

_____

_____
City                                      State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | HireX, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/07/2025
                MM  / DD / YYYY

✖ /s/ Ayush Janwaar                                           Ayush Janwaar
Signature of authorized representative of debtor              Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Douglas Pick                               Date  02/07/2025
Signature of attorney for debtor                        MM  / DD / YYYY

Douglas Pick
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue 12th Floor
Number       Street

New York City                              NY          10017
City                                       State       ZIP Code

(212) 695-6000                             dpick@picklaw.net
Contact phone                              Email address

1743996                                    NY
Bar number                                 State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:  HireX, Inc.                                          Chapter 11 (Subchapter V)

                                                            Case No. 25-

Debtor.

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ayush Janwaar, declare under penalty of perjury that I am the President of HireX,

Inc., a Delaware corporation (the "Corporation"), and that on February 7, 2025, the following

resolution was duly adopted by the Directors of the Corporation:

"Whereas, it is in the best interest of the Corporation to file a voluntary petition in

the United States Bankruptcy Court pursuant to Subchapter V of Chapter 11 of Title 11 of the

United States Code;

Be It Therefore Resolved that Ayush Janwaar, President of the Corporation, is

authorized and directed to execute and deliver all documents necessary to perfect the filing of a

bankruptcy case under Subchapter V of Chapter 11 on behalf of the Corporation; and

Be It Further Resolved, that Ayush Janwaar, President of the Corporation, is

authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and

to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents

on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Ayush Janwaar, President of the Corporation, is

authorized and directed to employ the law firm of Pick & Zabicki to represent the Corporation in

such bankruptcy case."

Executed on: February 7, 2025

                          Signed:  _____

                                   Ayush Janwaar, President

**Fill in this information to identify the case:**

Debtor name ___HireX, Inc.___

United States Bankruptcy Court for the: ___Southern District of New York___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                  12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................    $ ____139,774.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................    $ ____139,774.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............    $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........    +$ ___1,108,709.65

4. **Total liabilities** ................................................................................    $ ___1,108,709.65
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
| --- |
| Debtor name    HireX, Inc. |
| United States Bankruptcy Court for the:    Southern District of New York |
| Case number (If known):    _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ResTech Global Solutions 7357 Woodbine Avenue Suite 313 Markham, Ontario (Canada), L3R6L3 | | | | | | 190,000.00 |
| 2 | BIG Data Tech LLC 2002 SW Sarazen Circle Apt. #14 Bentonville, AR, 72712 | | | | | | 130,880.00 |
| 3 | Cloud Infra IT Solutions Inc. 12300 Ford Road Suite B332 Dallas, TX, 75234 | | | | | | 83,814.35 |
| 4 | UNICA Group Inc. 5002 Lenker Street #202 Mechanicsburg, PA, 17050 | | | | | | 79,296.00 |
| 5 | Strategic Resources International Inc. 777 Washington Road Suite 2 Parlin, NJ, 08859 | | | | | | 74,780.00 |
| 6 | Soya Solutions LLC 5575 Whitestone Terrace Powell, OH, 43065 | | | | | | 66,528.00 |
| 7 | LinkPro Technologies Inc. 4324 N. Beltline Road C201 Irving, TX, 75038 | | | | | | 62,800.00 |
| 8 | Saxon Global, Inc. 1320 Greenway Drive Suite 660 Irving, TX, 75038 | | | | | | 38,420.00 |

Debtor    HireX, Inc.
_____    Case number *(if known)*_____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Cedent Consulting Inc. 6847 Communications Parkway Suite 710 Plano, TX, 75024 | | | | | | 37,800.00 |
| 10  Racedog Technologies 8522 Cotter Street Lewis Center, OH, 43035 | | | | | | 35,840.00 |
| 11  Core IT Tech Inc. 405 TX -121 Bypass Suite A250 Lewisville, TX, 75067 | | | | | | 33,760.00 |
| 12  Unified Tech Group 6001 N. Adams Road Suite 155, Floor 1 Bloomfield Hills, MI, 48304 | | | | | | 29,280.00 |
| 13  TechArch Solutions LLC 7055 Ashford Manor Way Cumming, GA, 30040 | | | | | | 23,318.50 |
| 14  Namo Technologies 5525 N MacArthur Blvd. #560 Irving, TX, 75038 | | | | | | 21,905.00 |
| 15  Inteli Platforms Inc. 196 Princeton Highstown Road Building 1B, Suite 5 Princeton Junction, NJ, 08550 | | | | | | 21,120.00 |
| 16  IT Rysources Inc. 38345 W. 10 Mile Road Suite 345 Farmington, MI, 48335 | | | | | | 20,586.00 |
| 17  Claire Britt Watson 34 Hett Avenue Staten Island, NY, 10306 | | | | | | 20,130.00 |
| 18  Sethuka Global Inc. 562 Theodore Circle Harleysville, PA, 19438 | | | | | | 16,800.00 |
| 19  Leanspike Inc. 222 W Las Colinas Blvd. Suite 1650E, #1684 Irving, TX, 75039 | | | | | | 15,240.00 |
| 20  Datanormus LLC 517 Route 1 South Suite 1020 Iselin, NJ, 08830 | | | | | | 14,516.00 |

**Fill in this information to identify the case:**

Debtor name        HireX, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    **Current value of debtor's interest**

2. **Cash on hand**                                                                      $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    |---|---|---|---|
    | 3.1. Bank of America | Checking | 7  2  3  5 | $ 1,000.00 |
    | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

    | 4.1. | $ |
    |---|---|
    | 4.2. | $ |

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 1,000.00

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    | 7.1. | $ |
    |---|---|
    | 7.2. | $ |

Debtor  HireX, Inc.
        _____                    Case number (if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:  144,827.00     –   14,700.00      = ........➤    $ 130,127.00
                               _____       _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     8,647.00        –   0.00          = ........➤    $ 8,647.00
                               _____       _____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 138,774.00

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method        Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $_____

---

| Debtor | HireX, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="5"><strong>Part 5:</strong>  <strong>Inventory, excluding agriculture assets</strong></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

<table>
<tr><td colspan="4"><strong>Part 6:</strong>  <strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___HireX, Inc._____    Case number (if known)_____
              Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    HireX, Inc.
_____    Case number (if known)_____
          Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    HireX, Inc.
_____    Case number (if known)_____
         Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  1441 Broadway, 6th Floor<br>New York, NY 10018<br>(Office) | License | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>"HireX " Trademark | $_____ | _____ | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

Schedule A/B: Assets — Real and Personal Property

Debtor    HireX, Inc.
_____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☑ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ – _____  = ➡   $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____                          $_____

74. **Causes of action against third parties** (whether or not a lawsuit
   has been filed)

   _____                          $_____

   Nature of claim    _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of
   every nature, including counterclaims of the debtor and rights to
   set off claims**

   _____                          $_____

   Nature of claim    _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets,
   country club membership

   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                 $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor   HireX, Inc.
_____     Case number (if known)_____
         Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 138,774.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 139,774.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................ $ 139,774.00

139,774.00

| Debtor 1 | HireX, Inc. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Continuation Sheet for Official Form 206 A/B**

**61) Internet domain names and websites**
**General description Net book value Valuation method Current value**
**www.hirexcare.com Unknown**
**www.hirexcorp.com Unknown**

**Fill in this information to identify the case:**

Debtor name ___HireX, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | Amount of claim | Value of collateral |
|  | | Do not deduct the value of collateral. | that supports this claim |

**2.1** Creditor's name

_____

Describe debtor's property that is subject to a lien

Column A: $_____
Column B: $_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Describe the lien

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____      $_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Describe the lien

_____

Date debt was incurred _____
Last 4 digits of account number _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

| Fill in this information to identify the case: |
|---|

| Debtor | HireX, Inc. |
|---|---|
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| **2.2** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| **2.3** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor | HireX, Inc.
_____
Name

Case number (if known)_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |

**3.1** **Nonpriority creditor's name and mailing address**
Abhishek Singh
c/o HireX Inc.
1411 Broadway, 6th Floor
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Alliance Global Communications
666 Plainsboro Road
Suite 1385
Plainsboro, NJ 08536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,191.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Alpha Consulting Technology Inc.
5694 Bay View Drive
Seminole, FL 33772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,520.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
BIG Data Tech LLC
2002 SW Sarazen Circle
Apt. #14
Bentonville, AR 72712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 130,880.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Cedent Consulting Inc.
6847 Communications Parkway
Suite 710
Plano, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 37,800.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Central Business Solutions Inc.
37600 Central Court
Suite 214
Newark, CA 94560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 397.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | HireX, Inc. | Case number (if known) |
|--------|-------------|------------------------|
|        | Name        |                        |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Claire Britt Watson
34 Hett Avenue
Staten Island, NY 10306

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 20,130.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Cloud Infra IT Solutions Inc.
12300 Ford Road
Suite B332
Dallas, TX 75234

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 83,814.35

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Core IT Tech Inc.
405 TX -121 Bypass
Suite A250
Lewisville, TX 75067

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 33,760.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Datanormus LLC
517 Route 1 South
Suite 1020
Iselin, NJ 08830

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 14,516.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Dhalite Inc.
12 Lincoln Blvd.
103B
Emerson, NJ 07630

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 480.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    HireX, Inc.
_____    Case number (if known)_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

**3.__12** Nonpriority creditor's name and mailing address

Donte Tyree Brisbon
12 Estates Court 5410
Pikesville
Pikesville, MD 21208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 7,200.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.__13** Nonpriority creditor's name and mailing address

EvanceBackcheck Inc.
507 Weston Ridge Drive
Naperville, IL 60563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,029.25

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.__14** Nonpriority creditor's name and mailing address

Franklin Infotech Inc.
700 Market Street
#204
Cedar Park, TX 78613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 13,824.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.__15** Nonpriority creditor's name and mailing address

Honeysys LLC
9980 S 300 W
Suite 200
Sandy, UT 84070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,000.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.__16** Nonpriority creditor's name and mailing address

Inteli Platforms Inc.
196 Princeton Hightown Road
Building 1B, Suite 5
Princeton Junction, NJ 08550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,120.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

| Debtor | HireX, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3. 17** Nonpriority creditor's name and mailing address

IT Rysources Inc.
38345 W. 10 Mile Road
Suite 345
Farmington, MI 48335

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 20,586.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 18** Nonpriority creditor's name and mailing address

Kaizen Tek
#1 Lincoln Highway
Suite 10
Edison, NJ 08820

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 12,480.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 19** Nonpriority creditor's name and mailing address

Kingston Technologies Inc.
2300 Valley View Lane
Suite 539
Irving, TX 75062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 4,896.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 20** Nonpriority creditor's name and mailing address

Leanspike Inc.
222 W Las Colinas Blvd.
Suite 1650E, #1684
Irving, TX 75039

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 15,240.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 21** Nonpriority creditor's name and mailing address

LinkPro Technologies Inc.
4324 N. Beltline Road
C201
Irving, TX 75038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 62,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    HireX, Inc.
_____    Case number (if known)_____
          Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Namo Technologies
5525 N MacArthur Blvd.
#560
Irving, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,905.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Nitika Kohli
30-27 Heywood Avenue
Fair Lawn, NJ 07410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Paramount Software Solutions Inc.
4030 Old Milton Parkway
Alpharetta, GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Racedog Technologies
8522 Cotter Street
Lewis Center, OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 35,840.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

ResTech Global Solutions
7357 Woodbine Avenue
Suite 313
Markham, Ontario (Canada) L3R6L3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 190,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  HireX, Inc.
        _____        Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                                    Amount of claim

**3.** 27   Nonpriority creditor's name and mailing address

Saxon Global, Inc.
1320 Greenway Drive
Suite 660
Irving, TX 75038

As of the petition filing date, the claim is:      $ 38,420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 28   Nonpriority creditor's name and mailing address

Sethuka Global Inc.
562 Theodore Circle
Harleysville, PA 19438

As of the petition filing date, the claim is:      $ 16,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 29   Nonpriority creditor's name and mailing address

SoftwareConcepts LLC
2340 E. Trinity Mills
#304
Carrollton, TX 75006

As of the petition filing date, the claim is:      $ 11,560.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 30   Nonpriority creditor's name and mailing address

Soya Solutions LLC
5575 Whitestone Terrace
Powell, OH 43065

As of the petition filing date, the claim is:      $ 66,528.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 31   Nonpriority creditor's name and mailing address

Strategic Resources International Inc.
777 Washington Road
Suite 2
Parlin, NJ 08859

As of the petition filing date, the claim is:      $ 74,780.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     _____
Last 4 digits of account number     _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      HireX, Inc.
_____          Case number (if known) _____
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.<u>32</u> | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,312.00 |
|---|---|---|---|

Tech Brix Consulting Services Inc.
12280 Broadway Street
Unit 412
Pearland, TX 77584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.<u>33</u> | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 23,318.50 |
|---|---|---|---|

TechArch Solutions LLC
7055 Ashford Manor Way
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.<u>34</u> | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,006.05 |
|---|---|---|---|

Technology Insurance Associates LLC
225 Gordons Corner Road
Suite 2B
Englishtown, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.<u>35</u> | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 79,296.00 |
|---|---|---|---|

UNICA Group Inc.
5002 Lenker Street
#202
Mechanicsburg, PA 17050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.<u>36</u> | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 29,280.00 |
|---|---|---|---|

Unified Tech Group
6001 N. Adams Road
Suite 155, Floor 1
Bloomfield Hills, MI 48304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    HireX, Inc.
_____
Name

Case number (if known)_____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Archer & Greiner, P.C. 21 Main Street, Suite 353 Hackensack, NJ, 07601 | Line 3.16 ☐ Not listed. Explain: | _____ |
| 4.2. The Posey Law Firm, P.C. 408 W. 11th 5th Floor Austin, TX, 78701 | Line 3.27 ☐ Not listed. Explain | _____ |
| 4.3. | Line _____ ☐ Not listed. Explain | _____ |
| 4.4. | Line _____ ☐ Not listed. Explain | _____ |
| 41. | Line _____ ☐ Not listed. Explain | _____ |
| 4.5. | Line _____ ☐ Not listed. Explain | _____ |
| 4.6. | Line _____ ☐ Not listed. Explain | _____ |
| 4.7. | Line _____ ☐ Not listed. Explain | _____ |
| 4.8. | Line _____ ☐ Not listed. Explain | _____ |
| 4.9. | Line _____ ☐ Not listed. Explain | _____ |
| 4.10. | Line _____ ☐ Not listed. Explain | _____ |
| 4.11. | Line _____ ☐ Not listed. Explain | _____ |

Debtor    HireX, Inc.
_____    Case number (if known)_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.  **Total claims from Part 1**                5a.    $ 0.00
_____

5b.  **Total claims from Part 2**                5b.  **+**  $ 1,108,709.65
_____

5c.  **Total of Parts 1 and 2**                  5c.    $ 1,108,709.65
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name ___HireX, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office/Client Service Agreement/License |
| | | Davinci Virtual, LLC<br>2150 South 1300 East<br>Suite 500<br>Salt Lake City, UT, 84106 |
| | State the term remaining | Month-to-Month |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |
| Debtor name    HireX, Inc. |
| United States Bankruptcy Court for the:    Southern District of New York |
| Case number (If known):    _____ |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

---

Fill in this information to identify the case and this filing:

Debtor Name  HireX, Inc.
_____

United States Bankruptcy Court for the:  Southern District of New York
_____

Case number (if known):  _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/07/2025          ✗ /s/ Ayush Janwaar
              MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      Ayush Janwaar
                                      Printed name

                                      President
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      HireX, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to  Filing date | ☑ Operating a business ☐ Other | $ 156,000.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 4,748,016.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 8,707,865.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to  Filing date | Loan | $ 10,000.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to 12/31/2024 MM / DD / YYYY | | $ 0.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to 12/31/2023 MM / DD / YYYY | | $ 0.00 |

Debtor    HireX, Inc.
_____    Case number (if known) _____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   |  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   |  |  |  |  | *Check all that apply* |
   | 3.1. | See Attached SOFA Part 2, Question 3 |  | $ 494,435.30 | ☐ Secured debt |
   |  | Creditor's name |  |  | ☐ Unsecured loan repayments |
   |  |  |  |  | ☐ Suppliers or vendors |
   |  |  |  |  | ☐ Services |
   |  |  |  |  | ☐ Other _____ |
   | 3.2. |  |  | $_____ | ☐ Secured debt |
   |  | Creditor's name |  |  | ☐ Unsecured loan repayments |
   |  |  |  |  | ☐ Suppliers or vendors |
   |  |  |  |  | ☐ Services |
   |  |  |  |  | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   |  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. |  |  | $_____ |  |
   |  | Insider's name |  |  |  |
   |  |  |  |  |  |
   |  | **Relationship to debtor** |  |  |  |
   |  | _____ |  |  |  |
   | 4.2. |  |  | $_____ |  |
   |  | Insider's name |  |  |  |
   |  |  |  |  |  |
   |  | **Relationship to debtor** |  |  |  |
   |  | _____ |  |  |  |

Debtor    HireX, Inc. _____  Case number (if known)_____

             Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Inteli Platforms Inc. v. HireX Inc. | Breach of Contract - Settled | NJ Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** MID-L-007111-2024 | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

---

Debtor    HireX, Inc.
_____    Case number *(if known)*_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

---

Debtor    HireX, Inc.                                    Case number *(if known)*_____
_____
    Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | $15,000 Professional Retainer - $3,000 Filing Fee & Expenses | 02/05/2025 | $ 18,000.00 |
| | **Address** | | | |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor ___HireX, Inc._____     Case number (*if known*)_____
       Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From | _____ | To _____ |
| 14.2. | | From | _____ | To _____ |

Debtor    HireX, Inc.                                          Case number *(if known)*_____
_____
*Name*

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | _____<br>*Facility name* |  | _____ |
|  |  | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
|  | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>*Facility name* |  | _____ |
|  |  | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**                                    **Employer identification number of the plan**

_____        EIN: _____

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor      HireX, Inc.                                              Case number *(if known)*_____
            _____
            Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | HireX, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor    HireX, Inc.
_____    Case number (*if known*)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |
| 25.2. | Name | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |
| 25.3. | Name | | EIN: _____<br><br>Dates business existed<br><br>From _____    To _____ |

---

Debtor     HireX, Inc.
           _____        Case number (if known) _____
           Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ | From _____ |
| Name | To _____ |
| Name and address | Dates of service |
| 26a.2. _____ | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ |
| Name | To _____ |
| Name and address | Dates of service |
| 26b.2. _____ | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | |
| Name | |

---

Debtor _____HireX, Inc._____     Case number (if known)_____
                 Name

| | | |
|---|---|---|
| | **Name and address** | **If any books of account and records are unavailable, explain why** |
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Shift Pixy
          Name
          4101 NW 25th Street, Miami, FL 33142

**Name and address**

26d.2.    Aker Business Inc.
          Name
          23019 Balcombe Drive, Novi, MI 48375

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.    _____
          Name

Debtor     HireX, Inc.
_____     Case number (if known)_____
           Name

| | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Name of the person who supervised the taking of the inventory | | |
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.   _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ayush Janwaar | , | President and Shareholder | 25 |
| Manish Gupta | , | Treasurer and Shareholder | 25 |
| Abhishek Singh | , | Director and Shareholder | 25 |
| Ankur Singh | , | Chief Operating Officer and Shareholder | 25 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
|        Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    HireX, Inc.                                              Case number (if known)_____
          _____
          Name

**Name and address of recipient**                     _____      _____
30.2    _____                              _____
        Name                                                           _____
                                                                       _____
**Relationship to debtor**                                             _____
        _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

   **Name of the parent corporation**                    **Employer identification number of the parent corporation**
   _____                     EIN: _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

   **Name of the pension fund**                           **Employer identification number of the pension fund**
   _____                     EIN: _____

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/07/2025
               MM / DD / YYYY

✘ /s/ Ayush Janwaar                                      Printed name  Ayush Janwaar
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name     HireX, Inc.

Case number *(if known)*

### Continuation Sheet for Official Form 207

**17) Pension Contributions**
**Hirex401k Plan 30-0944387**

## Hirex Inc payment
## Nov 01-2024 to Jan 31-2025

| S No | Date | Party name | Amount | Bill No |
|------|------|------------|--------|---------|
| 1 | Nov 1, 2024 | Vidz Consulting Inc | $ 3,000.00 | A01/10/24 |
| 2 | Nov 1, 2024 | UNA HEALTH, INC | $ 104.16 | 1586 |
| 3 | Nov 4, 2024 | IT RYSOURCES INC | $ 6,000.00 | 09-24- Bashaboina (HI) |
| 4 | Nov 4, 2024 | Donte Tyree Brisbon | $ 7,600.00 | 7 |
| 5 | Nov 4, 2024 | Avyan Tech Services LLC | $ 7,000.00 | 10 |
| 6 | Nov 6, 2024 | ResTech Global Solutions | $ 10,000.00 | 674 |
| 7 | Nov 8, 2024 | Franklin Infotech Inc | $ 7,672.00 | FL241375 |
| 8 | Nov 8, 2024 | Claire Britt Watson | $ 4,000.00 | 6 |
| 9 | Nov 8, 2024 | Avyan Tech Services LLC | $ 6,920.00 | 10 |
| 10 | Nov 8, 2024 | IT RYSOURCES INC | $ 5,680.00 | 09-24- Bashaboina (HI) |
| 11 | Nov 8, 2024 | Payment to Vedamsoft Inc | $ 4,160.00 | VDS-3445 |
| 12 | Nov 8, 2024 | Namo Technologies | $ 11,180.00 | 3550 |
| 13 | Nov 8, 2024 | IJH Consulting Corp | $ 3,000.00 | Hirex-IJH#102 |
| 14 | Nov 12, 2024 | Cedent Consulting Inc | $ 13,800.00 | 5985 |
| 15 | Nov 13, 2024 | Vidz Consulting Inc | $ 3,000.00 | A01/11/24 |
| 16 | Nov 14, 2024 | UNICA Grorp Inc | $ 5,384.00 | HIR_2024_1485_Koushik |
| 17 | Nov 14, 2024 | TechArch Solutions LLC | $ 5,000.00 | A1-Sep |
| 18 | Nov 14, 2024 | Saxon Global Inc | $ 5,000.00 | 76902 |
| 19 | Nov 14, 2024 | Claire Britt Watson | $ 4,640.00 | 6 |
| 20 | Nov 14, 2024 | Business Needs Inc | $ 2,916.76 | FVS_01 |
| 21 | Nov 14, 2024 | Cloud Infra IT Solutions Inc | $ 5,000.00 | 3378 |
| 22 | Nov 19, 2024 | YSL & Associates | $ 5,155.00 | 20241016 |
| 23 | Nov 19, 2024 | Adorbs Inc | $ 2,592.69 | 10451 |
| 24 | Nov 19, 2024 | 2499915 Ontario Inc | $ 3,000.00 | 002/2024 |
| 25 | Nov 20, 2024 | Dice | $ 5,000.02 | 22158 |
| 26 | Nov 26, 2024 | Technology Insurance Associates LLC | $ 500.94 | 45560 |
| 27 | Nov 27, 2024 | SixAxis LLC | $ 10,000.00 | 90124 |
| 28 | Nov 27, 2024 | Consulting Support | $ 13,864.50 | TM_92-2804785_12302035 |
| 29 | Dec 2, 2024 | UNA Health Inc | $ 104.16 | 1823 |
| 30 | Dec 2, 2024 | 10177270 Canada Inc | $ 5,000.00 | Checking Account |
| 31 | Dec 5, 2024 | Hirex CANAM Private Limited | $ 30,000.00 | Export/24-25/007 |
| 32 | Dec 6, 2024 | Donte Tyree Brisbon | $ 8,200.00 | 8 |
| 33 | Dec 6, 2024 | Claire Britt Watson | $ 6,000.00 | 7 |
| 34 | Dec 6, 2024 | IT RYSOURCES INC | $ 6,000.00 | 10-24-Bashaboina |
| 35 | Dec 11, 2024 | TechArch Solutions LLC | $ 5,720.00 | A1-Sep |
| 36 | Dec 11, 2024 | Claire Britt Watson | $ 4,770.00 | 7 |
| 37 | Dec 11, 2024 | Cedent Consulting Inc | $ 5,000.00 | 6012 |
| 38 | Dec 11, 2024 | Avyan Tech Services LLC | $ 9,744.00 | 12 |
| 39 | Dec 11, 2024 | 2499915 Ontario Inc | $ 5,000.00 | 003/2024 |
| 40 | Dec 11, 2024 | Vidz Consulting Inc | $ 5,000.00 | A01/12/24 |
| 41 | Dec 13, 2024 | BIG Data Tech LLC | $ 7,040.00 | BIGData-Tech-Sep2023 |
| 42 | Dec 13, 2024 | Vedamsoft Inc | $ 6,760.00 | VDS-3469 |

| 43 | Dec 13, 2024 | Namo Technologies | $ 5,400.00 | 3617 |
|----|--------------|-------------------|------------|------|
| 44 | Dec 13, 2024 | IJH Consulting Corp | $ 5,000.00 | Hirex-IJH#103 |
| 45 | Dec 18, 2024 | Theodore Drew and Associates, LLC | $ 2,981.85 | 12221 |
| 46 | Dec 18, 2024 | UNICA Grorp Inc | $ 5,000.00 | HIR_2024_1485_Koushik |
| 47 | Dec 18, 2024 | SixAxis LLC | $ 8,400.00 | 90124 |
| 48 | Dec 18, 2024 | BIG Data Tech LLC | $ 7,680.00 | BIGData- Tech-Dec2023 |
| 49 | Dec 18, 2024 | IT RYSOURCES INC | $ 6,702.00 | 10-24-Bashaboina |
| 50 | Dec 18, 2024 | Cloud Infra IT Solutions Inc | $ 5,000.00 | 3446 |
| 51 | Dec 18, 2024 | Vedamsoft Inc | $ 5,000.00 | VDS-3486 |
| 52 | Dec 24, 2024 | SOYA SOLUTIONS LLC | $ 5,544.00 | 1010 |
| 53 | Dec 24, 2024 | Racedog Technologies | $ 5,200.00 | Srinivas_06302024 |
| 54 | Dec 24, 2024 | LinkPro Technologies Inc | $ 10,000.00 | 110022 |
| 55 | Dec 24, 2024 | Consulting Support | $ 11,464.00 | TM_92-2804785_1230203 6 |
| 56 | Dec 24, 2024 | Inteli Platforms Inc | $ 5,000.00 | 18591 |
| 57 | Dec 24, 2024 | Cedent Consulting Inc | $ 8,200.00 | 6012 |
| 58 | Dec 24, 2024 | Vedamsoft Inc | $ 6,440.00 | VDS-3486 |
| 59 | Dec 24, 2024 | Namo Technologies | $ 5,000.00 | 3617 |
| 60 | Dec 27, 2024 | Law Office of Z. Tan PLLC | $ 1,000.00 | 523 |
| 61 | Dec 27, 2024 | Technology Insurance Associates LLC | $ 500.94 | 45560 |
| 62 | Dec 30, 2024 | Dice | $ 5,000.02 | 25529 |
| 63 | Dec 31, 2024 | UNA Health Inc | $ 104.16 | 1909 |
| 64 | Jan 2, 2025 | Donte Tyree Brisbon | $ 6,000.00 | 9 |
| 65 | Jan 6, 2025 | Hirex CANAM Private Limited | $ 20,000.00 | Export/24-25/008 |
| 66 | Jan 7, 2025 | IJH Consulting Corp | $ 7,000.00 | Hirex-IJH#104 |
| 67 | Jan 13, 2025 | Claire Britt Watson | $ 9,225.00 | 8 |
| 68 | Jan 14, 2025 | TechArch Solutions LLC | $ 7,236.00 | A1--Nov |
| 69 | Jan 14, 2025 | 10177270 Canada Inc | $ 7,000.00 | 104 |
| 70 | Jan 14, 2025 | 2499915 Ontario Inc | $ 7,000.00 | 003/2024 |
| 71 | Jan 15, 2025 | Cloud Infra IT Solutions Inc | $ 4,480.00 | 0003446 |
| 72 | Jan 21, 2025 | Saxon Global Inc | $ 7,684.00 | 76902 |
| 73 | Jan 21, 2025 | LEANSPIKE INC | $ 5,000.00 | 080724 |
| 74 | Jan 21, 2025 | Inteli Platforms Inc | $ 5,080.00 | 18591 |
| 75 | Jan 22, 2025 | Datanormus LLC | $ 5,000.00 | 4038 |
| 76 | Jan 24, 2025 | Law Office of Z. Tan PLLC | $ 4,000.00 | 526 |
| 77 | Jan 27, 2025 | Consulting Support | $ 12,000.00 | TM_92-2804785_1230203 7 |
| 78 | Jan 27, 2025 | Vidz Consulting Inc | $ 7,000.00 | A01/01/25 |
| 79 | Jan 28, 2025 | Technology Insurance Associates LLC | $ 500.94 | 45560 |
| 80 | Jan 31, 2025 | UNA Health Inc | $ 104.16 | 1950 |
| | | | $ 494,435.30 | |

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:   HireX, Inc.

Chapter 11 (Subchapter V)
Case No. 25-

Debtor.

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the undersigned states that no

corporation directly or indirectly owns 10% or more of any class of equity interests in debtor HireX,

Inc.

Dated: New York, New York
       February 7, 2025

**PICK & ZABICKI LLP**
Counsel to the Debtor

By: _____
Douglas J. Pick, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

HireX, Inc.
_____    Chapter ___11_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Ayush Janwaar , | 25 | Common stockholder |
| Manish Gupta , | 25 | Common stockholder |
| Abhishek Singh , | 25 | Common stockholder |
| Ankur Singh , | 25 | Common stockholder |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

In re HireX, Inc.

Case No. _____

**Debtor**

Chapter ^11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 15,000.00 _____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 565.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/07/2025

*Date*

/s/ Douglas Pick, 1743996

*Signature of Attorney*

Pick & Zabicki LLP

*Name of law firm*

369 Lexington Avenue
12th Floor
New York City, NY 10017

United States Bankruptcy Court

Southern District of New York

In re:   HireX, Inc.

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:        02/07/2025

/s/ Ayush Janwaar
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

Abhishek Singh
c/o HireX Inc.
1411 Broadway, 6th Floor
New York, NY 10018

Alliance Global Communications
666 Plainsboro Road
Suite 1385
Plainsboro, NJ 08536

Alpha Consulting Technology Inc.
5694 Bay View Drive
Seminole, FL 33772

Archer & Greiner, P.C.
21 Main Street, Suite 353
Hackensack, NJ 07601

BIG Data Tech LLC
2002 SW Sarazen Circle
Apt. #14
Bentonville, AR 72712

Cedent Consulting Inc.
6847 Communications Parkway
Suite 710
Plano, TX 75024

Central Business Solutions Inc.
37600 Central Court
Suite 214
Newark, CA 94560

Claire Britt Watson
34 Hett Avenue
Staten Island, NY 10306

Cloud Infra IT Solutions Inc.
12300 Ford Road
Suite B332
Dallas, TX 75234

Core IT Tech Inc.
405 TX -121 Bypass
Suite A250
Lewisville, TX 75067

Datanormus LLC
517 Route 1 South
Suite 1020
Iselin, NJ 08830

Davinci Virtual, LLC
2150 South 1300 East
Suite 500
Salt Lake City, UT 84106

Dhalite Inc.
12 Lincoln Blvd.
103B
Emerson, NJ 07630

Donte Tyree Brisbon
12 Estates Court 5410
Pikesville
Pikesville, MD 21208

EvanceBackcheck Inc.
507 Weston Ridge Drive
Naperville, IL 60563

Franklin Infotech Inc.
700 Market Street
Cedar Park, TX 78613

Honeysys LLC
9980 S 300 W
Suite 200
Sandy, UT 84070

Inteli Platforms Inc.
196 Princeton Highstown Road
Building 1B, Suite 5
Princeton Junction, NJ 08550

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IT Rysources Inc.
38345 W. 10 Mile Road
Suite 345
Farmington, MI 48335

Kaizen Tek
Suite 10
Edison, NJ 08820

Kingston Technologies Inc.
2300 Valley View Lane
Suite 539
Irving, TX 75062

Leanspike Inc.
222 W Las Colinas Blvd.
Suite 1650E, #1684
Irving, TX 75039

LinkPro Technologies Inc.
4324 N. Beltline Road
C201
Irving, TX 75038

Namo Technologies
5525 N MacArthur Blvd.
Irving, TX 75038

Nitika Kohli
30-27 Heywood Avenue
Fair Lawn, NJ 07410

NYC Dept. of Finance
66 John Street
2nd Floor, Legal Dept.
New York, NY 10038

NYC Law Dept.
100 Church Street
New York, NY 10007

NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Dept. of Labor
WA Harriman Campus
Building 12, #256
Albany, NY 12240

NYS Dept. of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

Paramount Software Solutions Inc.
4030 Old Milton Parkway
Alpharetta, GA 30005

Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York, NY 10017

Racedog Technologies
8522 Cotter Street
Lewis Center, OH 43035

ResTech Global Solutions
7357 Woodbine Avenue
Suite 313
Markham, Ontario (Canada), L3R6L3

Saxon Global, Inc.
1320 Greenway Drive
Suite 660
Irving, TX 75038

Sethuka Global Inc.
562 Theodore Circle
Harleysville, PA 19438

SoftwareConcepts LLC
2340 E. Trinity Mills
Carrollton, TX 75006

Soya Solutions LLC
5575 Whitestone Terrace
Powell, OH 43065

Strategic Resources International Inc.
777 Washington Road
Suite 2
Parlin, NJ 08859

Tech Brix Consulting Services Inc.
12280 Broadway Street
Unit 412
Pearland, TX 77584

TechArch Solutions LLC
7055 Ashford Manor Way
Cumming, GA 30040

Technology Insurance Associates LLC
225 Gordons Corner Road
Suite 2B
Englishtown, NJ 07726


The Posey Law Firm, P.C.
408 W. 11th
5th Floor
Austin, TX 78701


U.S. Dept. of Justice
Box 55
Washington, DC 20044


UNICA Group Inc.
5002 Lenker Street
Mechanicsburg, PA 17050


Unified Tech Group
6001 N. Adams Road
Suite 155, Floor 1
Bloomfield Hills, MI 48304


United States Attorney
One St. Andrews Plaza
Claims Unit
New York, NY 10007