**Fill in this information to identify the case:**

Debtor Name: HireX, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-10243 (DSJ)

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: March 2025

Date report filed: 04/07/2025
MM / DD / YYYY

Line of business: Staffing

NAISC code: 5613

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: President

Original signature of responsible party: *[signature]*

Printed name of responsible party: Ayush Janwaar

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  HireX, Inc.                                Case number 25-10243 (DSJ)

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 39,091.67

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 72,332.32

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 59,517.60

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 12,814.72

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 51,906.39

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  HireX, Inc.                                      Case number 25-10243 (DSJ)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                     $ 140,694.28

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                                     4
27. What is the number of employees as of the date of this monthly report?                                                        3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                               $     0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?                 $     0.00
30. How much have you paid this month in other professional fees?                                                         $     0.00
31. How much have you paid in total other professional fees since filing the case?                                        $     0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 51,000.00 | − | $ 72,332.32 | = | $ 21,332.32 |
| 33. Cash disbursements | $ 49,000.00 | − | $ 59,517.60 | = | $ 10,517.60 |
| 34. Net cash flow | $ 2,000.00 | − | $ 12,814.72 | = | $ 10,814.72 |

35. Total projected cash receipts for the next month:                                                                $   51,000.00
36. Total projected cash disbursements for the next month:                                                         − $   49,000.00
37. Total projected net cash flow for the next month:                                                              = $    2,000.00

Debtor Name **HireX, Inc.**  Case number **25-10243 (DSJ)**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

HireX Inc.
Monthly Operating Summary
March 2025

Chapter 11
Case No.: 25-10243 (DSJ)

| | BOA #7235 | TDBank DIP #4399 | Total |
|---|---|---|---|
| **INCOME** | | | |
| Income | $ 58,644.07 | $ 13,688.25 | $ 72,332.32 |
| Exchange | $ - | $ 41,000.00 * | $ 41,000.00 * |
| **TOTAL INCOME** | **$ 58,644.07** | **$ 54,688.25** | **$ 113,332.32** |
| | | | |
| **EXPENSES** | | | |
| Business Expenses | $ 14,193.62 | $ 16,000.00 | $ 30,193.62 |
| Payroll | $ 8,460.13 | $ 7,969.71 | $ 16,429.84 |
| Payroll Taxes | $ 4,477.43 | $ 3,385.00 | $ 7,862.43 |
| Payroll Processing Fees | $ 81.68 | $ 161.10 | $ 242.78 |
| Insurance | $ 822.14 | $ - | $ 822.14 |
| Bank Charges | $ 57.00 | $ 159.79 | $ 216.79 |
| Fees - Chapter 11 Bkkpr | $ 750.00 | $ - | $ 750.00 |
| Fees - U.S. Trustee | $ 3,000.00 | $ - | $ 3,000.00 |
| Exchange | $ 41,000.00 * | $ - | $ 41,000.00 |
| **TOTAL EXPENSES** | **$ 72,842.00** | **$ 27,675.60** | **$ 100,517.60** |
| | | | |
| **NET PROFIT/LOSS** | **$ (14,197.93)** | **$ 27,012.65** | **$ 12,814.72** |
| | | | |
| **SUMMARY** | | | |
| Bal @ 02/28/25 | $ 39,091.67 | $ - | |
| Add: Deposits | $ 58,644.07 | $ 54,688.25 | |
| Less: Disbursements | $ (72,842.00) | $ (27,675.60) | |
| Bal @ 03/31/25 | **$ 24,893.74** | **$ 27,012.65** | |

HireX Inc.
Summary of Receipts and Disbursements
March 2025

| Disbursements - | | BOA #7235 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Ck # | Amount | Payee | Bus Exp | Payroll | P/R Taxes | P/R Proc Fee | Insurance | Misc | Description |
| 03/03/25 | Zelle | $ 750.00 | F. M. Caruso | | | | | | $ 750.00 | Bkkpr - Chapter 11 |
| 03/05/25 | ACH | $ 321.20 | The Hartford | | | | | $ 321.20 | | |
| 03/07/25 | Xfer | $ 1,000.00 | Xfer to DIP #4399 | | | | | | $ 1,000.00 | To Open DIP Ckg A/C |
| 03/07/25 | ACH | $ 40.84 | ADP | | | | $ 40.84 | | | |
| 03/10/25 | Wire | $ 8,000.00 | HireX APAC Pvt Ltd | $ 8,000.00 | | | | | | |
| 03/11/25 | ACH | $ 3,307.50 | Herman Delk Jr. | $ 3,307.50 | | | | | | |
| 03/12/25 | ACH | $ 110.00 | Ascensus Inc. | $ 110.00 | | | | | | |
| 03/13/25 | ACH | $ 8,460.13 | ADP | | $ 8,460.13 | | | | | |
| 03/13/25 | ACH | $ 3,773.43 | ADP | | | $ 3,773.43 | | | | |
| 03/14/25 | ACH | $ 704.00 | ADP | | | $ 704.00 | | | | |
| 03/18/25 | ACH | $ 100.00 | Corporate Filings | $ 100.00 | | | | | | |
| 03/18/25 | ACH | $ 85.57 | PayGo LLC | $ 85.57 | | | | | | |
| 03/20/25 | Xfer | $ 40,000.00 | Xfer to DIP #4399 | | | | | | $ 40,000.00 | To Open DIP Ckg A/C |
| 03/21/25 | ACH | $ 40.84 | ADP | | | | $ 40.84 | | | |
| 03/26/25 | ACH | $ 500.94 | AFCO Direct | | | | | $ 500.94 | | |
| 03/06/25 | CkCd | $ 158.40 | MSBill.Info | $ 158.40 | | | | | | |
| 03/06/25 | CkCd | $ 6.71 | MSBill.Info | $ 6.71 | | | | | | |
| 03/24/25 | CkCd | $ 95.00 | Davinci Virtual Office | $ 95.00 | | | | | | |
| 03/27/25 | CkCd | $ 30.00 | MSBill.Info | $ 30.00 | | | | | | |
| 03/10/25 | CkCd | $ 65.59 | Chote Nawab | $ 65.59 | | | | | | |
| 03/18/25 | Ck#1163 | $ 3,000.00 | Pick & Zabicki | | | | | | $ 3,000.00 | Fees - U.S. Trustee |
| 03/12/25 | Ck#5609 | $ 357.77 | JobDiva Inc. | $ 357.77 | | | | | | |
| 03/14/25 | Ck#5611 | $ 1,877.08 | Monster Worldwide LLC | $ 1,877.08 | | | | | | |
| 03/31/25 | BnkChgs | $ 57.00 | Bank Service Fees | | | | | | $ 57.00 | Bank Charges |
| Total | | $ 72,842.00 | | $ 14,193.62 | $ 8,460.13 | $ 4,477.43 | $ 81.68 | $ 822.14 | $ 44,807.00 | |
| | | $ 72,842.00 | | | | | | | | |

| Deposits | | BOA #7235 | | Income | | | | | Misc | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/1 thru 3/31/25 | | $ 58,644.07 | | $ 58,644.07 | | | | | $ - | |
| Total | | $ 58,644.07 | | $ 58,644.07 | | | | | | |

Summary -
| Bal @ 02/28/25 | | $ 39,091.67 | |
| Dep: 3/1 thru 3/31/25 | | $ 58,644.07 | |
| Disb: 3/1 thru 3/31/25 | | $ (72,842.00) | |
| Bal @ 3/31/25 | | $ 24,893.74 | Bank Bal @ 03/31/25  $ 24,893.74 |

1

## BANK OF AMERICA 

P.O. Box 15284
Wilmington, DE 19850

HIREX INC
6 FL # 6100TH
1441 BROADWAY
NEW YORK, NY 10018-1851

BANK OF AMERICA
Preferred Rewards
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✎ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

⚠ Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Gold

for March 1, 2025 to March 31, 2025                                    Account number: ■■■■■■ 7235
**HIREX INC**

## Account summary

| | |
|---|---:|
| Beginning balance on March 1, 2025 | $39,091.67 |
| Deposits and other credits | 58,644.07 |
| Withdrawals and other debits | -67,550.15 |
| Checks | -5,234.85 |
| Service fees | -57.00 |
| **Ending balance on March 31, 2025** | **$24,893.74** |

# of deposits/credits: 16
# of withdrawals/debits: 28
# of items-previous cycle[1]: 1
# of days in cycle: 31
Average ledger balance: $47,520.03
[1]Includes checks paid, deposited items and other debits

**BUSINESS ADVANTAGE**

### View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
SSM-11-23-0007.B | 6019109

HIREX INC  |  Account # ███████ 7235  |  March 1, 2025 to March 31, 2025

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2025 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**BANK OF AMERICA** ☰  **Your checking account**

HIREX INC  |  Account # ▓▓▓▓▓▓▓ 7235  |  March 1, 2025 to March 31, 2025

## Deposits and other credits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 03/03/25 | BKOFAMERICA MOBILE 03/03 3762492097 DEPOSIT | *MOBILE | NY | 10,395.00 |
| 03/03/25 | BKOFAMERICA MOBILE 03/03 3770856116 DEPOSIT | *MOBILE | NY | 3,905.00 |
| 03/03/25 | BKOFAMERICA MOBILE 03/03 3641012331 DEPOSIT | *MOBILE | NY | 3,062.67 |
| 03/03/25 | BKOFAMERICA MOBILE 03/03 3805920959 DEPOSIT | *MOBILE | NY | 304.18 |
| 03/03/25 | BKOFAMERICA MOBILE 03/03 3805921577 DEPOSIT | *MOBILE | NY | 153.23 |
| 03/05/25 | 2260 TANDYM GROU DES:PAYROLL   ID:C68734 INDN:INC HIREX | CO ID:13462058 PPD | | 10,671.00 |
| 03/07/25 | ALTA AP         DES:BILLPMT   ID:VA00658 INDN:HIREX INC | CO ID:XXXXXXXXX CCD | | 10,080.00 |
| 03/07/25 | MERGE IT LLC    DES:PAYROLL   ID:0QH73 26850WFG2 INDN:HIREX, INC     CO ID:1260302465 PPD | | | 1,065.00 |
| 03/07/25 | Georgia Departme DES:GASTTAXRFD ID:1629772020 INDN:HIREX INC      CO ID:6586002016 CCD | | | 1.25 |
| 03/12/25 | 2260 TANDYM GROU DES:PAYROLL   ID:C68734 INDN:INC HIREX | CO ID:13462058 PPD | | 5,880.00 |
| 03/13/25 | LIGHTHOUSE -9216 DES:CASH DISB ID: INDN:HIREX INC.     CO ID:1770633000 CCD PMT  INFO:PERIOD ENDED 2/7/25 | | | 456.00 |
| 03/14/25 | U.S.Bank Trust   DES:ACHDISB   ID:XXXXXXXXX INDN:HIREX INC. | CO ID:ARCARIA656 PPD | | 3,779.59 |
| 03/14/25 | LIGHTHOUSE -9216 DES:CASH DISB ID: INDN:HIREX INC.     CO ID:1770633000 CCD PMT  INFO:BALANCE 2/7/25 | | | 9.00 |
| 03/19/25 | 2260 TANDYM GROU DES:PAYROLL   ID:C68734 INDN:INC HIREX | CO ID:13462058 PPD | | 5,808.75 |
| 03/21/25 | U.S.Bank Trust   DES:ACHDISB   ID:XXXXXXXXX INDN:HIREX INC. | CO ID:ARCARIA656 PPD | | 1,873.40 |
| 03/21/25 | MERGE IT LLC    DES:PAYROLL   ID:0QH73 26850WFG2 INDN:HIREX, INC     CO ID:1260302465 PPD | | | 1,200.00 |
| **Total deposits and other credits** | | | | **$58,644.07** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---:|
| 03/03/25 | Zelle payment to Frances Caruso for "Case No 25-10243 (DSJ) Retainer for Bookkeeping"; Conf# d1phqeymh | -750.00 |

*continued on the next page*



### Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458.C | 6115469

HIREX INC | Account # ▇▇▇▇7235 | March 1, 2025 to March 31, 2025

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---:|
| 03/05/25 | THE HARTFORD    DES:INSPMTCL   ID:14995819   INDN:HIREX01         CO ID:9942902727   CCD | -321.20 |
| 03/07/25 | TRANSFER HIREX INC:Hirex Inc Confirmation# 1838531137 | -1,000.00 |
| 03/07/25 | ADP PAYROLL FEES DES:ADP FEES   ID:417575191799   INDN:XXXXXXXXXHIREX INC    CO ID:9659605001 CCD | -40.84 |
| 03/10/25 | WIRE TYPE:INTL OUT DATE:250311 TIME:1910 ET TRN:2025031000636152 SERVICE REF:921504 BNF:HIREX APAC PRIVATE LIMITED ID:50200073739511 BNF BK:HDFC BANK ID:006550492079 PMT DET:540247580  POP /P1006/ | -8,000.00 |
| 03/11/25 | TRANSFER HIREX INC:Herman Delk Jr Confirmation# 0372784713 | -3,307.50 |
| 03/12/25 | ASCENSUS INC COR DES:AR PAYMENT ID:0060- PS758900  INDN:HIREX INC 401K PS PLAN  CO ID:9060291001 CCD | -110.00 |
| 03/13/25 | ADP WAGE PAY    DES:WAGE PAY   ID:938234982008BXW   INDN:HIRE X INC HIREX INC    CO ID:9333006057 CCD | -8,460.13 |
| 03/13/25 | ADP Tax         DES:ADP Tax    ID:RBBXW 031406A01   INDN:HIRE X INC            CO ID:2223006057 CCD | -3,773.43 |
| 03/14/25 | ADP Tax         DES:ADP Tax    ID:RBBXW 0475998VV   INDN:HIRE X INC            CO ID:2223006057 CCD | -704.00 |
| 03/18/25 | CORPORATEFILINGS DES:PURCHASE   ID:HIREX INC.   INDN:HIREX INC.             CO ID:XXXXXXXXXM CCD | -100.00 |
| 03/18/25 | Pmc Paygo LLC    DES:PMC PayGo  ID:   INDN:HIREX           CO ID:1273380325 CCD  PMT INFO:PAYGO W/C PAYMENT | -85.57 |
| 03/20/25 | TRANSFER HIREX INC:Hirex Inc Confirmation# 3950024279 | -40,000.00 |
| 03/21/25 | ADP PAYROLL FEES DES:ADP FEES   ID:927937447527   INDN:XXXXXXXXXHIREX INC    CO ID:9659605001 CCD | -40.84 |
| 03/26/25 | AFCO DIRECT     DES:PAYMENTS   ID:23206607   INDN:HIREX INC         CO ID:1472319830   CCD | -500.94 |

Card account # XXXX XXXX XXXX 3487

| Date | Description | Amount |
|---|---|---:|
| 03/06/25 | CHECKCARD  0306 NNT MSBILL.INF MSBILL.INFO  WA CKCD 5045 XXXXXXXXXXXX3487 XXXX XXXX XXXX 3487 | -158.40 |
| 03/06/25 | CHECKCARD  0306 NNT MSBILL.INF MSBILL.INFO  WA CKCD 5045 XXXXXXXXXXXX3487 XXXX XXXX XXXX 3487 | -6.71 |
| 03/24/25 | CHECKCARD  0321 DAVINCI VIRTUAL OFFICE 801-9909200  UT 24755425081150814798550 CKCD 7399 XXXXXXXXXXXX3487 XXXX XXXX XXXX 3487 | -95.00 |
| 03/27/25 | CHECKCARD  0327 NNT MSBILL.INF MSBILL.INFO  WA CKCD 5045 XXXXXXXXXXXX3487 XXXX XXXX XXXX 3487 | -30.00 |

**Subtotal for card account # XXXX XXXX XXXX 3487**                                                               **-$290.11**

Card account # XXXX XXXX XXXX 4721

| Date | Description | Amount |
|---|---|---:|
| 03/10/25 | CHECKCARD  0307 TST*RAA - CHOTE NAWAB New York    NY 24692165067106464677904 CKCD 5812 XXXXXXXXXXXX4721 XXXX XXXX XXXX 4721 | -65.59 |

**Subtotal for card account # XXXX XXXX XXXX 4721**                                                               **-$65.59**

**Total withdrawals and other debits**                                                                             **-$67,550.15**

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| 03/18/25 | 1163 | -3,000.00 | 03/14/25 | 5611* | -1,877.08 |
| 03/12/25 | 5609* | -357.77 | | | |
| | | | **Total checks** | | **-$5,234.85** |
| | | | **Total # of checks** | | **3** |

* There is a gap in sequential check numbers

# BANK OF AMERICA

**Your checking account**

HIREX INC  |  Account ███████ 7235  |  March 1, 2025 to March 31, 2025

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 02/28/25. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $500+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|---|---|---|
| 03/03/25 | External transfer fee - 3 Day -  02/28/2025 | -1.00 |
| 03/10/25 | Wire Transfer Fee | -45.00 |
| 03/10/25 | External transfer fee - Next Day - 03/07/2025 | -5.00 |
| 03/12/25 | External transfer fee - 3 Day -  03/11/2025 | -1.00 |
| 03/21/25 | External transfer fee - Next Day - 03/20/2025 | -5.00 |
| **Total service fees** | | **-$57.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 39,091.67 | 03/11 | 65,027.76 | 03/20 | 22,492.12 |
| 03/03 | 56,160.75 | 03/12 | 70,438.99 | 03/21 | 25,519.68 |
| 03/05 | 66,510.55 | 03/13 | 58,661.43 | 03/24 | 25,424.68 |
| 03/06 | 66,345.44 | 03/14 | 59,868.94 | 03/26 | 24,923.74 |
| 03/07 | 76,450.85 | 03/18 | 56,683.37 | 03/27 | 24,893.74 |
| 03/10 | 68,335.26 | 03/19 | 62,492.12 | | |

HIREX INC  |  Account #▮▮▮▮▮▮▮ 7235  |  March 1, 2025 to March 31, 2025

This page intentionally left blank

# BANK OF AMERICA

HIREX INC | Account # ████████ 7235 | March 1, 2025 to March 31, 2025

## Check images
**Account number: 4830 5737 7235**

Check number: 1163 | Amount: $3,000.00



Check number: 5609 | Amount: $357.77



Check number: 5611 | Amount: $1,877.08



## Important Messages - Please Read
We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good News!**
**Soon, more funds may be available if we place a hold on your check deposit.**

Starting May 19, 2025, here is what to expect if we place a hold on your check deposit and where you can find these changes in our Deposit Agreement and Disclosures after this date:

- The first $275 (previously $225) may be available the next business day.

- When you deposit checks totaling more than $6,725 (previously $5,525) on any one day, we may continue to place a longer hold.

- For certain check deposits into accounts open less than 30 days, the first $6,725 (previously $5,525) of a day's total deposits may be available the next business day.

Our Deposit Agreement and Disclosures document is available at bankofamerica.com/depositagreement. Details can be found in the sections called "Longer Delays May Apply" and "Special Rules for New Accounts". You may also find helpful information in the "When Funds are Available for Withdrawal and Deposit Holds" section of the Agreement.

HireX Inc.
Summary of Receipts and Disbursements
March 2025

**Disbursements - TDBank DIP #4399**

| Date | Ck # | Amount | Payee | Bus Exp | Payroll | P/R Taxes | P/R Proc Fee | Insurance | Misc | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/25 | ACH | $ 139.79 | Harland Clarke | | | | | | $ 139.79 | Bank Chgs - Ck Prtg |
| 03/24/25 | ACH | $ 7,200.00 | Claire Brit Watson | $ 7,200.00 | | | | | | Subcontractor |
| 03/27/25 | ACH | $ 8,800.00 | Donte & Herman | $ 8,800.00 | | | | | | Subcontractor |
| 03/27/25 | ACH | $ 7,969.71 | ADP | | $ 7,969.71 | | | | | |
| 03/27/25 | ACH | $ 3,385.00 | ADP | | | $ 3,385.00 | | | | |
| 03/28/25 | ACH | $ 161.10 | ADP | | | | $ 161.10 | | | |
| 03/28/25 | BnkChgs | $ 20.00 | ACH Batch Charges | | | | | | $ 20.00 | Bank Chgs - ACH |
| Total | | $ 27,675.60 | | $ 16,000.00 | $ 7,969.71 | $ 3,385.00 | $ 161.10 | $ - | $ 159.79 | |

**Deposits - TDBank DIP #4399**

| Date | Ck # | Amount | Payee | Income | | | | | Misc | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/25 | Xfer | $ 1,000.00 | Xfer from BOA Ckg #7235 | | | | | | $ 1,000.00 | To Open DIP A/C |
| 03/21/25 | Xfer | $ 40,000.00 | Xfer from BOA Ckg #7235 | | | | | | $ 40,000.00 | To Open DIP A/C |
| 03/25/25 | Deposit | $ 6,008.25 | Tandym Group | $ 6,008.25 | | | | | | |
| 03/27/25 | Deposit | $ 400.00 | Lighthouse | $ 400.00 | | | | | | |
| 03/28/25 | Deposit | $ 7,280.00 | Alta AP | $ 7,280.00 | | | | | | |
| Total | | $ 54,688.25 | | $ 13,688.25 | | | | | $ 41,000.00 | |

**Summary -**

| | |
|---|---|
| Bal @ 02/28/25 | $ - |
| Dep: 3/1 thru 3/31/25 | $ 54,688.25 |
| Disb: 3/1 thru 3/31/25 | $ (27,675.60) |
| Bal @ 3/31/25 | $ 27,012.65 |

Bank Bal @ 03/31/25   $ 27,012.65

1

 **Bank**
America's Most Convenient Bank®        T        STATEMENT OF ACCOUNT
 

HIREX INC
DEBTOR IN POSSESSION
1441 BROADWAY FL NO 6100
NEW YORK NY  10018-1851

Page:                                  1 of 4
Statement Period:     Mar 07 2025-Mar 31 2025
Cust Ref #:
Primary Account #:                     4399

## Chapter 11 Checking

HIREX INC                                                Account #          4399
DEBTOR IN POSSESSION

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 14,980.48 |
| Electronic Deposits | 54,688.25 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 27,655.60 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 20.00 | Days in Period | 25 |
| Ending Balance | 27,012.65 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | CTX DEPOSIT, HIREX INC SENDER ****72946 | 1,000.00 |
| 03/21 | CTX DEPOSIT, HIREX INC SENDER ****24968 | 40,000.00 |
| 03/25 | ACH DEPOSIT, 2260 TANDYM GROU PAYROLL C68734 | 6,008.25 |
| 03/27 | CCD DEPOSIT, LIGHTHOUSE -9216 CASH DISB | 400.00 |
| 03/28 | CCD DEPOSIT, ALTA AP BILLPMT VA00658 | 7,280.00 |
| | Subtotal: | 54,688.25 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *C*T**600301200 | 139.79 |
| 03/24 | ACH SETTLEMENT, ACH BATCH HIREX INC | 7,200.00 |
| 03/27 | ACH SETTLEMENT, ACH BATCH HIREX INC | 8,800.00 |
| 03/27 | CCD DEBIT, ADP WAGE PAY WAGE PAY ****76591744BXW | 7,969.71 |
| 03/27 | CCD DEBIT, ADP TAX ADP TAX RBBXW 032807A01 | 3,385.00 |
| 03/28 | CCD DEBIT, ADP PAYROLL FEES ADP FEES ****37288529 | 161.10 |
| | Subtotal: | 27,655.60 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:  2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance     27,012.65

② Total Deposits     +

③ Sub Total

④ Total Withdrawals     -

⑤ Adjusted Balance

② DEPOSITS NOT ON STATEMENT

| DOLLARS | CENTS |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Total Deposits**                                           ②

④ WITHDRAWALS NOT ON STATEMENT

| DOLLARS | CENTS |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

WITHDRAWALS NOT ON STATEMENT

| DOLLARS | CENTS |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Total Withdrawals**                                           ④

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HIREX INC
DEBTOR IN POSSESSION

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Mar 07 2025-Mar 31 2025 |
| Cust Ref #: |  |
| Primary Account #: | 4399 |

---

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/25 | ACH BATCH CHARGE, ACH CHARGE SBIB | 10.00 |
| 03/28 | ACH BATCH CHARGE, ACH CHARGE SBIB | 10.00 |
| | Subtotal: | 20.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/07 | 0.00 | 03/25 | 39,658.46 |
| 03/10 | 1,000.00 | 03/27 | 19,903.75 |
| 03/21 | 40,860.21 | 03/28 | 27,012.65 |
| 03/24 | 33,660.21 | | |

**Please see important information on the back page**

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

HIREX INC
DEBTOR IN POSSESSION

Page: 4 of 4
Statement Period:   Mar 07 2025-Mar 31 2025
Cust Ref #:
Primary Account #: 4399

We're committed to keeping you informed when it comes to your banking and want you to know about upcoming changes to your TD Bank Business Deposit Account Agreement.

**TD Bank's Funds Availability Policy will be changing by July 1, 2025.**

When you deposit a check, we'll continue to make $100 available immediately and, typically, make the remaining funds available by the end of the first business day after we receive your deposit. **However, if a hold is placed on a check deposit, by July 1, you'll have access to more funds as follows:**

- **Today:** If a hold is applied, an additional $125 is available by the end of the first business day after we receive your deposit.
- **By July 1:** We'll increase the amount available to $175. This means, the first $275 of your deposit will be available by the end of the first business day after we receive your deposit.

**We'll also make more of your funds available for larger deposits:**

- **Today:** Typically, we make the first $5,525 of a day's total deposits available by the end of the first business day after we receive your deposit. Please see the TD Bank Business Deposit Account Agreement for details.
- **By July 1:** We'll increase that amount to $6,725.

**Questions?**
Visit any TD Bank or call us at **1-888-751-9000**. We're glad to help.